1/

RECEIVED IN
The Court of Appeals
Sixth District

MAY 0 7 2015

Texarkana, Texas
Debra Autrey, Clerk

Cause 5629-C
APP. II 06-15-00056-CR

Dated
May 1st 2015

FILED IN
The Court of Appeals
Sixth District

MAY 0 7 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Ex Parte Billy Max Collins

v.

Texas

6th Court Of Appeals

Texarkana, Texas

Honorable Chief Justice

Josh R MORRISS III

## Motion/Pleading ON Bond Issue.

To The Honorable Justice In Chief SIR; I humbly Request A P.R. Bond Be Granted IN Cause 5629-C + Cause 8793 of current. I have been confined since Sept 23 2013 to current Date.

The loss of My Father most Recent Dec 16th 2014 has taken a great amount of fight out of this old Rebel.

Even though the New Law on bond states if you receive over 10yrs. Court can dente bond it also states that it is at Courts Discreation. This Pretains to 8793 Franklin County Still 8th District Eddie Northcutt Judge.

# Issue of Bond

## Statement By Appelkant

Art 44.35 Bail Pending Habeas Corpus Appeal - Would give 6th Court Jurisdication To Grant Request of P.R. Bond or Cash Bond of $5,000.00 Returnable upon court Date.

Defendant (collins) Gives his word That I will Restrict myself to NOT Driving at all. I despartely Need time to take care of personal Affairs since my Father's Death.

My accertitation To Past Illegal convictions I wish + intend to be Vindicated on would not be infringed by letting this court Down with a No Show.

I would point out that though tricked by 8th District on Previous trial by court appointed attorney whom I filed a motion To have New counsel was denied

My creditablity Stands firm
I Showed even though
IN effective counsel New
I intended To Bond out on
appeal if I Lost He didn't
Bother To tell me this
until I was on the phone
after being found Guilty that
the Law had changed.

Whether The Honorable Judge
Northcutt will admitt To
this following Statement He
made to DefendanT (me) (collins)
~~I Do Not Know~~
He clearly Said in the Court Room
If I had been your attorney
I would have told you before
Now.

I Bet that is n't in the transcript.

whether He will admitt his
Statement I do not Know.

# Conclusion of Law

Art.4.35 can Be used at this time, on Both #5629-c #8793

## Prayer IN Closing

AS To Form "Challegene To Constitutionality of State Statue" I stated no To Attorney General however after thought I felt I should let this court know That cause 8293 that was heard on Direct appeal in 6th Court. IS Docketted for 4th Amendment Issue may 1st.

I do not wish this court To Think I was in any way being Deceitful. I have been Deceived Enough!! IN GODS Name Grant this Request or Pleading. I can take care affairs. and if I am not Vindicated you can always put me back in the cage. I wish to have opertunity not to lose my home.

S

Billy Max Collins 1884869
1300 FG55
Rosharon, Texas 77583
Dated May 1st 2015

To The Clerk

Mrs Pate/aultrey

Please file and Return Notice
of filing.

I apolize for Form we are locked
Down Aceess to Typewriter etc
carbon is limited this day.

Respectfully I file this
under Forgiveness

Reference #'s on Bond Issue
Joshua Wintters Tyler
903-526-2922
David Hightower Retired Air force
Knows me Better than anyone But God
903-860-7030
Gary Jones 903-860-7030
Last Bonds Man